UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Steven Garris, et al, | § | |
|     *Plaintiffs,* | § | |
| v. | § | Civil Action H-04-4276 |
| | § | |
| Continental Tire North America, Inc., | § | |
|     *Defendant.* | § | |

## AMENDED SCHEDULING ORDER

The agreed motion for continuance (Dkt. 48) is granted. The trial of this matter is scheduled for May/June 2006 trial term, in Houston, Texas before the Honorable Judge David Hittner. The scheduling order governing this case is amended as follows:

    Discovery cutoff:    January 17, 2006

    Motion cutoff:    February 15, 2006

    Joint Pretrial Order due:    April 28, 2006

    Trial term:    May/June 2006.

Signed on July 26, 2005 at Houston, Texas.

Stephen Wm Smith
United States Magistrate Judge